| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ 7160 3901 9849 1050 8171 | A. Received by (Please Print Clearly) APRIL GUSS | B. Date of Delivery APR |
| | C. Signature X *(signature)* | ☐ Agent ☐ Addressee |
| | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 3. Service Type  **CERTIFIED MAIL** | | |
| 4. Restricted Delivery? *(Extra Fee)*    ☐ Yes | | |
| 1. Article Addressed to: | | |

Monsanto Company
c/o CSC - Lawyers Incorporating Service
Post Office Box 526036
Sacramento, CA  95852-6036

Owen May et al

PS Form 3811, January 2005        Domestic Return Receipt