1    Frank Woodson
       Navan Ward
2    **BEASLEY, ALLEN, CROW, METHVIN,**
       **PORTIS & MILES, P.C.**
3    218 Commerce Street
       P.O. Box 4160
4    Montgomery, Alabama 36103
       Telephone: 334-269-2343
5    Facsimile: 334-954-7555
       Attorneys for Plaintiffs
6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12    IN RE: BEXTRA AND CELEBREX        **MDL NO. 1699**
       MARKETING SALES PRACTICES AND    **District Judge:  Charles R. Breyer**
13    PRODUCT LIABILITY LITIGATION

14    This Document Relates To:

15    *James Alan Bell vs. G.D. Searle LLC, et al.*    **AMENDED STIPULATION AND**
       (05-4450 CRB)                         **ORDER OF DISMISSAL WITH**
16                                        **PREJUDICE**
       *James Rogers Fanning vs. G.D. Searle LLC, et*
17    *al.*
       (05-4453 CRB)
18

       *John J. Driscoll vs. Pfizer Inc, et al.*
19    (05-4584 CRB)

20    *Barbara Clem vs. G.D. Searle LLC, et al.*
       (05-4736 CRB)
21

       *Kathleen Cote, et al. vs. G.D. Searle LLC, et al.*
22    (05-5360 CRB)

23    *Johnny Edwards vs. Pfizer Inc, et al.*
       (06-1914 CRB)
24

       *William Crowley vs. Pfizer Inc*
25    (06-2668 CRB)

26    *Connie B. Anderson vs. Pfizer Inc, et al.*
       (06-2784 CRB)
27

       *Tracy Baral vs. Pfizer Inc, et al.*
28    (06-2912 CRB)

                                -1-

1

2    *Willevene Gruver, et al. vs. Pfizer Inc, et al.*
     (06-2940 CRB)

3    *Michael Castle, et al. vs. Pfizer Inc, et al.*
     (06-3061 CRB)
4
     *Henry Anderson vs. Pfizer Inc, et al.*
5    (06-3418 CRB)

6    *Carolyn Chasteen vs. Pfizer Inc, et al.*
     (06-3433 CRB)
7
     *James Craig vs. Pfizer Inc, et al.*
8    (06-3554 CRB)

9    *Connie Akridge vs. Pfizer Inc, et al.*
     (06-3555 CRB)
10
     *Faye Cochran vs. G.D. Searle LLC, et al.*
11    (06-3654 CRB)

12    *Herbert R. Gorham vs. G.D. Searle LLC, et al.*
     (06-3657 CRB)
13
     *David Dobbins vs. Pfizer Inc, et al.*
14    (06-3950 CRB)

15    *Vera A. Benefiel, et al. vs. Pfizer Inc, et al.*
     (06-4012 CRB)
16
     *Jerry Goodman vs. Pfizer Inc, et al.*
17    (06-4013 CRB)

18    *Gene N. Gordon vs. G.D. Searle LLC, et al.*
     (06-4294 CRB)
19
     *Alyce B. Elliott vs. Pfizer Inc, et al.*
20    (06-4419 CRB)

21    *Roger D. Conner vs. G.D. Searle LLC, et al.*
     (06-4483 CRB)
22
     *Elaine Givens vs. Pfizer Inc, et al.*
23    (06-4608 CRB)

24    *Shelia Adams, et al. vs. Pfizer Inc, et al.*
     (06-5040 CRB)
25
     *Veronica Grice, et al. vs. Pfizer Inc, et al.*
26    (06-5385 CRB)

27    *Jeffery L. Davis vs. Pfizer Inc, et al.*
     (06-7009 CRB)
28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\2595197.1

1    *Rick Detmer, et al. vs. Pfizer Inc, et al.*
     *(06-7523 CRB)*

2

3    *Randy Gunter, et al. vs. Pfizer Inc, et al.*
     *(06-7524 CRB)*

4    *Robert C. Bonnett, et al. vs. Pfizer Inc, et al.*
     *(06-7770 CRB)*

5

6    *Christene Canada vs. Pfizer Inc, et al.*
     *(06-7771 CRB)*

7    *Christine Erickson, et al. vs. Pfizer Inc, et al.*
     *(06-7772 CRB)*

8

9    *Dannie Graham vs. Pfizer Inc, et al.*
     *(06-7774 CRB)*

10    *Troy L. Coker, et al. vs. Pfizer Inc, et al.*
     *(06-7775 CRB)*

11

12    *Michael Fisher vs. Pfizer Inc, et al.*
     *(07-0761 CRB)*

13    *George S. Chiotakis vs. Pfizer Inc, et al.*
     *(07-0860 CRB)*

14

15    *Ricky Estep vs. Pfizer Inc, et al.*
     *(07-0971 CRB)*

16    *Ralph Rocha, et al. vs. Pfizer Inc, et al.*
     *(07-1124 CRB)*

17

18    *Shirley Darling, et al. vs. Pfizer Inc, et al.*
     *(07-1356 CRB)*

19    *Lawrence Burris, et al. vs. Pfizer Inc, et al.*
     *(07-1371 CRB)*

20

21    *Richard L. Bowden vs. Pfizer Inc, et al.*
     *(07-1375 CRB)*

22    *Betty Grulke vs. Pfizer Inc, et al.*
     *(07-1768 CRB)*

23

24    *Bradley John Cok, et al. vs. Pfizer Inc, et al.*
     *(07-1874 CRB)*

25    *Phyllis Buonopane vs. Pfizer Inc, et al.*
     *(07-2026 CRB)*

26

27    *Connie LaGrew, et al. vs. Pfizer Inc, et al.*
     *(07-3034 CRB)*

28    *Betty Lou Bass vs. Pfizer Inc, et al.*

-3-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42595197.1

1 | (07-3643 CRB)

2 | *Rachel Carballo, et al. vs. Pfizer Inc, et al.*
(07-3646 CRB)

3

4 | *Chad James Flynn, et al. vs. Pfizer Inc, et al.*
(07-3955 CRB)

5 | *Helen Alexander, et al. vs. Pfizer Inc, et al.*
(07-4382 CRB)

6

7 | *James Dauphinais, et al. vs. Pfizer Inc, et al.*
(07-4983 CRB)

8 | *James Darty vs. G.D. Searle LLC, et al.*
(07-5399 CRB)

9

10 | *Robyn Anderson, et al. vs. Pfizer Inc, et al.*
(07-5590 CRB)

11 | *Morris Adams, et al. vs. Pfizer Inc, et al.*
(07-5591 CRB)

12

13 | *Peter Fos vs. Pfizer Inc, et al.*
(07-5685 CRB)

14 | *Michael H. Allen, et al. vs. Pfizer Inc, et al.*
(07-5703 CRB)

15

16 | *Vivian Cobb vs. Pfizer Inc, et al.*
(08-0257 CRB)

17 | *Roberta Bowman vs. Pfizer Inc, et al.*
(08-0303 CRB)

18

19 | *Harriet Bratcher vs. Pfizer Inc, et al.*
(08-0795 CRB)

20 | *Olive Beebe, et al. vs. Pfizer Inc, et al.*
(08-0977 CRB)

21

22 | *Ramond Beaver vs. Pfizer Inc, et al.*
(08-1015 CRB)

23 | *Robert Colman vs. Pfizer Inc, et al.*
(08-1016 CRB)

24

25 | *Robert E. Davis, et al. vs. Pfizer Inc, et al.*
(08-1224 CRB)

26 | *Rommie Anderson, et al. vs. Pfizer Inc, et al.*
(08-1351 CRB)

27

28 | *Tim Gray vs. Pfizer Inc, et al.*
(08-1434 CRB)

-4-

EAST\42595197.1

1
2  *Owen L. May, et al. vs. Pfizer Inc, et al.*
   (08-1590 CRB)

3  *Ronald Carr, et al. vs. Pfizer Inc, et al.*
   (08-1591 CRB)
4
5  *Mary Basilisco, et al. vs. Pfizer Inc, et al.*
   (08-1746 CRB)

6  *Earnest Colvin vs. Pfizer Inc, et al.*
   (08-2470 CRB)
7
8  *Velma Burt vs. Pfizer Inc, et al.*
   (08-2471 CRB)

9  *Sarah Benton vs. Pfizer Inc, et al.*
   (08-2605 CRB)
10
11 *Lawanda Bell vs. Pfizer Inc, et al.*
   (08-3708 CRB)

12      Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

13  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

14  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

15  each side bearing its own attorneys' fees and costs.
16
17
18
19
20
21
22  DATED: 10|2, 2009   By: Marian Ward F.
23
24  **BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
    218 Commerce Street
25  P.O. Box 4160
    Montgomery, Alabama 36103
26  Telephone: 334-269-2343
    Facsimile: 334-954-7555
27
    *Attorneys for Plaintiffs*
28

-5-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
EAST\42595197.1

1    DATED: Oct. 29, 2009        By:

2

3                                     **DLA PIPER LLP (US)**
                                      1251 Avenue of the Americas
4                                     New York, New York 10020
                                      Telephone: 212-335-4500
                                      Facsimile: 212-335-4501
5

6                                     *Defendants' Liaison Counsel*

7

8    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
9    **IT IS SO ORDERED.**

10

11   Dated: NOV 1 3 2009

12                                    Hon. Charles R. Breyer
                                      United States District Court
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-

PFZR/1035934/1132569v.1

EAST\42595197.1